FILED
NOV 04 2026
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | 3:26 CR 509 |
| | ) | JUDGE KNEPP |
| v. | ) | CASE NO. MAGISTRATE JUDGE CLAY |
| | ) | Title 18, United States Code, |
| JERRY BUCHANAN, | ) | Sections 922(g)(1) and 924(a)(8), |
| | ) | Title 21, United States Code, |
| Defendant. | ) | Sections 841(a)(1) and (b)(1)(B) |

COUNT 1
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. § 841(a)(1) and (b)(1)(B))

The Grand Jury charges:

1. On or about November 5, 2025, in the Northern District of Ohio, Western Division, Defendant JERRY BUCHANAN did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 2
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

2. On or about November 5, 2025, in the Northern District of Ohio, Western Division, Defendant JERRY BUCHANAN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, it being: Trafficking in Cocaine, on or about January 4, 2018, in Case Number CR20201702249, in Lucas County Court of Common Pleas, knowingly possessed in and affecting interstate commerce a firearm, to wit:

ORIGINAL

an HWM Revolver, bearing serial number 1760023, and a Ruger SP101 .357 Magnum revolver, bearing serial number 57425256 and ammunition, and said firearms and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

3. The allegations contained in Counts 1 and 2 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 (drug offense) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) (firearms offense). As a result of the foregoing offenses, Defendant JERRY BUCHANAN, shall forfeit to the United States all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the drug offense charged herein; all property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offense charged herein; and, all firearms and ammunition involved in or used in the commission of the firearms offense charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.